**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                          CASE NO. 8:13-CR-288-T-EAK-TBM

HUMBERTO MONTES
_____/

**ORDER**

       This cause comes before the Court on the defendant's motions for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docs. 144 and 160).  The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 153) and the response of the government (Doc. 165).  The Court has reviewed the motion and the Amendment Assessment for the United States Probation Office and the government response.  The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts the position that the defendant is not eligible for a reduction in sentence because the Court applied the two level reduction at the time of the defendant's sentencing on April 4, 2014, in anticipation of the amended guideline range.    Accordingly, it is.

       **ORDERED** that defendant's motion for modification of sentence be **denied**.

       **DONE AND ORDERED** in Chambers in Tampa, Florida this 12th day of April, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record